**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:13-cv-97-Orl-18DAB**

**CANDACE HADDOCK,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR DEFAULT JUDGMENT AGAINST CANDACE HADDOCK (Doc. No. 8)**
>
> **FILED:** **February 27, 2013**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On January 18, 2013, the United States, on behalf of the Department of Education (the "Department"), sued Defendant Candace Haddock for defaulting on a student loan. Doc. 1. The Department obtained the entry of Clerk's default against Defendant pursuant to Federal Rule of Civil Procedure 55(a) on February 27, 2013, when Defendant failed to file an answer. Doc. 8. The Department now moves for a default judgment for amounts owed under the student loan agreement, fees and costs incurred, and has filed supporting Affidavits (Doc. 8); the matter is now ripe for resolution.

The Court finds that Defendant's failure to timely respond to the Complaint and subsequent entry of default served to admit the well pled allegations of the Complaint. *Art Schmidlin v. Apex Mortgage Services, LLC*, 2008 WL 976158, *1 (M.D. Fla. 2008) (citing *Cotton v. Mass. Mut. Life Insurance Co.*, 402 F.3d 1267, 1278 (11th Cir. 2005). The Department has submitted an Affidavit of Amount Due or Certificate of Indebtedness, duly sworn to and subscribed, prepared and submitted on behalf of the Department. Doc. 8 at 7. As of February 27, 2013 there is due and owing to the Department from Defendant the sum of $6,429.14 consisting of $3,473.45 in unpaid principal, plus $2,955.69 in accrued interest at the rate of 8.000% through February 27, 2013 for Claim No. 2011A01039, together with interest at the rate of 3.420% per annum to the date of the judgment, together with costs fo $40. Doc. 8.

In view of all of the foregoing, it is respectfully **RECOMMENDED** that final judgment be entered in the Department's favor against Defendant Candace Haddock in the amount of **$6,429.14** in unpaid principal plus interest at 8%, and **$40** in taxable costs (service of process charge), as set forth in the Proposed Default Judgment. *See* Doc. 8 at 8-9.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 4, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge

Counsel of Record
Courtroom Deputy

-3-